IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2007 MAR 29 PM 3:12
CLERK'S OFFICE

| UNITED STATES OF AMERICA | * | CR. NO. 99cr161(DRD) |
| --- | --- | --- |
|  | * | 99CR308(DRD) |
| Plaintiff | * |  |
|  | * |  |
| v | * |  |
|  | * |  |
| ROBERTO LOPEZ MORALES | * |  |
|  | * |  |
| Defendant | * |  |

**PRO SE MOTION REQUESTING EARLY TERMINATION
OF SUPERVISED RELEASE**

**TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.**

**COMES NOW** defendant Roberto Lopez Morales through the undersigned attorney and respectfully states and prays as follows:

1. On December 20, 2001 defendant Roberto Lopez Morales was sentenced to serve an (87) month imprisonment term and a (5) year term of Supervised Release

2. On March 18, 2005 defendant Lopez Morales was released from custody and began to serve his Supervised Release term. Prior to that he served a (6) month term at the halfway house in Trujillo Alto without incidents.

3. Defendant Lopez Morales is the father of (4) children ages 15, 14, 11, 10 whom he cares for and fulfills his paternal obligations on a daily basis. In addition he cares for his father, age 84 and his mother, age 63.

4. Lopez Morales has fully complied with all the conditions of the Supervised Release term which include, drug testing, home visits, DNA, successful employment, amongst others. Simply put, he is not a drug nor alcohol user.

5. He has filed his Income Tax Returns for the years 2005 and 2006 which are enclosed herein.

6. In essence, Lopez Morales has proven himself able to rise above his past conduct and establish a law abiding lifestyle. He has also devoted himself to his family and to maintaining successful employment in his home town Aguadilla, Puerto Rico.

7. In view of the above, it is respectfully requested that this Court consider that for the last two years which is half of the term imposed, Lopez Morales has shown that he is not in need of supervision, training, treatment, instead he merits early termination.

8. Should this court deem necessary to hold a hearing in order to evaluate the credibility and demeanor of defendant Lopez Morales he is able and willing at this Honorable Courts convenience.

WHEREFORE, it is respectfully requested that this Honorable Court order the early termination of Roberto Lopez Morales' supervised release term.

RESPECTFULLY SUBMITTED.

**WHEREFORE**, it is respectfully requested that this Honorable Court order the early termination of Roberto Lopez Morales' supervised release term.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 27th day of March, 2007.

*Roberto López Morales*
**Roberto Lopez Morales**
**150 Calle Progreso**
**Aguadilla, Puerto Rico** 00603