Individuo

# INGRESO DE PROFESIONES Y COMISIONES

**2005**

Año contributivo comenzado el __1__ de __enero__ de __2005__ y terminado el __31__ de __diciembre__ de __2005__

Nombre del contribuyente: ROBERTO LOPEZ MORALES

Número de Seguro Social: 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

## Parte I — Cuestionario

(Deberá llenar un anejo por cada fuente de ingreso) ⓖ⓻

Ingreso proveniente de (ennegrezca uno): ● 1 Contribuyente  ○ 2 Cónyuge

Ennegrezca uno: ● 3 Profesiones  ○ 4 Comisiones

Marque aquí si ésta es su industria o negocio principal ○

Número de Identificación Patronal: 58-2255450

Localización de la Oficina Principal - Número, Calle y Pueblo: VARIOS

Fecha de comienzo de operaciones: Día __1__ Mes __1__ Año __2005__

Clave Industrial: 8110  Código: 

Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.): VENDEDOR -MISC.

Número de empleados: 0

## Parte II — Determinación de Ganancia o Pérdida ⓖ⓹

| | | |
|---|---|---|
| 1. Ingresos | (01) | 7 900 00 |
| 2. Menos: Gastos de operación y otros costos (Informe detalle en Parte III) | (10) | 00 |
| 3. Ingreso neto | (11) | 7 900 00 |
| 4. Menos: Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) | (12) | 00 |
| 5. Ganancia (o pérdida) (Si es una ganancia, traslade el total a la página 1, Encasillado 2, línea 2 O de la planilla. Si es una pérdida, véanse instrucciones) | (20) | 7 900 00 |

## Parte III — Gastos de Operación y Otros Costos ⓖ⓹

| | | |
|---|---|---|
| 1. Salarios, comisiones y bonificaciones a empleados | (01) | 00 |
| 2. Comisiones a negocios | (02) | 00 |
| 3. Gastos de nómina | (03) | 00 |
| 4. Aportación a planes de pensiones | (04) | 00 |
| 5. Aportación a planes de ingreso diferido | (05) | 00 |
| 6. Seguro médico o de hospitalización | (06) | 00 |
| 7. Intereses sobre deudas del negocio | (07) | 00 |
| 8. Alquiler pagado | (08) | 00 |
| 9. Contribuciones sobre la propiedad | (09) | 00 |
| 10. Otras contribuciones, patentes y licencias | (10) | 00 |
| 11. Reparaciones | (11) | 00 |
| 12. Gastos de vehículos de motor | (12) | 00 |
| 13. Servicios públicos (agua, luz, teléfono, etc.) | (13) | 00 |
| 14. Seguros | (14) | 00 |
| 15. Anuncios | (15) | 00 |
| 16. Gastos de viajes | (16) | 00 |
| 17. Gastos de comida y entretenimiento (Total gastos $_____) (Véanse instrucciones) | (17) | 00 |
| 18. Servicios profesionales | (18) | 00 |
| 19. Materiales y efectos | (19) | 00 |
| 20. Depreciación y amortización (Someta Anejo E) | (20) | 00 |
| 21. Deudas incobrables | (21) | 00 |
| 22. Otros gastos (Someta anejo detallado) | (22) | 00 |
| 23. Total (Traslade a la Parte II, línea 2 de este Anejo) | (30) | 00 |

Formulario 482 Rev. 05.05

**FORMA LARGA**

Liquidador ___ Revisor ___

R M RO V1 V2 P1 P2 N D E A G

**2005** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2005**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL
1 de enero de 2005 Y TERMINADO EL 31 de diciembre de 2005

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)
○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año

Número de Serie
Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| ROBERTO | | LOPEZ | MORALES |

Número de Seguro Social: 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

Dirección Postal
BDA. VISBAL
NUM. 294
AGUADILLA PR   Código Postal 00603

Fecha de Nacimiento: 7 / 6 / 1971   Sexo: ● M ○ F
Número de Seguro Social Cónyuge: - -
Fecha de Nacimiento del Cónyuge: Día 0 Mes 0 Año 0
Teléfono Residencia:
Teléfono Oficina:

Nombre e Inicial del Cónyuge ___ Apellido Paterno ___ Apellido Materno ___

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BDA. VISBAL NUM. 294
AGUADILLA   PR   Código Postal 00603

Correo Electrónico (E-Mail):

CAMBIO DE DIRECCION: ○ Si ● No

Número de Recibo: #03080
Importe: $392.14

**Encasillado 1**

SI NO
A. ● ○ ¿Ciudadano de Estados Unidos?
B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ○ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ● Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: VEDEDOR MISC.   8110   Ocupación cónyuge ___

CONTRATO GOBIERNO
○ CONTRIBUYENTE ○ CONYUGE

PLANILLA 2006
● ESPAÑOL ○ INGLES

**Encasillado 2**

Sello de Recibido

1. Sueldos, Comisiones, Concesiones y Propinas
   ○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).
   
   A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas
   
   01 Total (Núm. de comprobantes con esta planilla) ..... 0

   C- Salarios del Gobierno Federal (Véanse instrucciones) ........ (01)   Contribución Retenida   (02) Salarios Federales

2. Otros Ingresos (o Pérdidas):
   A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .......................... (03)
   B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... (04)
   C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ... (05)
   D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... (06)
   E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... (07)
   F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ... (08)
   G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) ... (09)
   H) Ingresos misceláneos (Someta Anejo F Individuo) ... (10)
   I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... (11)
   J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ... (12)
   K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ... (13)
   L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: __ ) (14) ... (15)
   M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ... (16)
   N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ... (17)
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ... (18)   7 900 00
   P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ... (19)
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... (20)
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ... (21)

3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) ..... (22)   7 900 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: __ )(23) (Núm. sentencia __ ) (24) (25)
5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ..... (30)   7 900 00

**Encasillado**

Bruto Ajustado (De la línea 5, página 1) ............................................................ (01) | 7 900 |00

DEDUCCIÓN FIJA: Si marcó en el Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,100, el bloque 3 anote $2,730, el bloque 4 anote $2,100. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 ............ (02) | 2 100 |00

7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) .................. (03) | |00
8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) ........ (04) | 2 100 |00
9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 10) ............... (05) | |00
10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) ... (06) | |00
11. EXENCIÓN PERSONAL: Si marcó bloque 1, anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 ... (07) | 1 300 |00
12. EXENCIÓN POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones)
    A) No universitarios: Categoría (N) ............ (10) ____ x$1,600 ............ (11) | |00
    B) Universitarios: Categoría (U) ............... (14) ____ x$1,600 ............ (15) | |00
    C) Incapacitados, ciegos o de 65 años o más: Categoría (I) ..... (18) ____ x$1,600 ... (19) | |00
    D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) ......... (20) | |00
13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) ................. (21) | 3 400 |00
14. INGRESO NETO SUJETO A CONTRIBUCIÓN (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) ... (30) | 4 500 |00
15. CONTRIBUCIÓN: (01) ☐ 1. Según Tabla   ☐ 2. Especial sobre ganancias de capital   ☐ 3. Extranjero no residente ... (02) | 390 |00
16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) ... (03) | |00
17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) ... (04) | |00
18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 6) ... (05) | |00
19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) ... (06) | |00
20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ... (07) | |00
21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F Individuo, Parte VII, línea 2) ... (08) | |00
22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) ... (09) | |00
23. Contribución sobre distribuciones de IRA bajo la Sección 1169A y sobre distribuciones y transferencias del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte VII, línea 4 y Parte V, línea 2) ... (10) | |00
24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 ó Anejo N Individuo, Parte II, línea 8) ... (11) | |00
25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) ... (12) | |00
26. TOTAL CONTRIBUCIÓN DETERMINADA (Sume líneas 15 a la 25) ............... (13) | 390 |00
27. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ... (14) | |00
28. Crédito para contribuyentes asalariados (Véanse instrucciones) ................. (15) | |00
29. Créditos contributivos (Anejo B Individuo, Parte II, línea 23) ................. (16) | |00
30. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27 menos línea 28 ó 29, la que aplique. Si es menos de cero, anote cero) ... (17) | 390 |00
31. CONTRIBUCIÓN RETENIDA O PAGADA:
    A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2) ... (18) | |00
    B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ... (19) | |00
    C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 18) ............ (20) | |00
    D) Total Contribución Retenida o Pagada (Sume líneas 31A a la 31C) ........... (21) | |00
32. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Si la línea 31D es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 36) ... (22) | 390 |00
33. Menos: Cantidad pagada con prórroga automática ................................ (23) | |00
34. BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario, en la línea 36) ... (24) | 390 |00
35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) ... (25) | |00
36. Menos: Exceso de Contribución Retenida o Pagada .............................. (26) | |00
37. Menos: Cantidad pagada  (a) Con Planilla o Transferencia Electrónica a través de Planillas En Línea ... (27) | 390 |00
                              (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____ ) ... (28) | |00
                              (c) Intereses .................................................... (29) | |00
                              (d) Recargos _____ y Penalidades _____ ......... (30) | |00
38. BALANCE PENDIENTE DE PAGO (Sume líneas 34 y 35 menos líneas 36, 37(a) y 37(b) y anote aquí. Si es menos de cero, anote la diferencia en la línea 39) ... (31) | |00
39. CONTRIBUCIÓN PAGADA EN EXCESO (Sume líneas 30 y 35 menos líneas 31D y 33. Indique distribución en la línea A o B) ... (32) | |00
    A) Acreditar a la contribución estimada 2006 ..................................... (33) | |00
    B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) ... (40) | |00

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Encasillado 5

Tipo de cuenta    Número de ruta/tránsito    Número de su cuenta
☐ Cheques  ☐ Ahorros    ☐☐☐☐☐☐☐☐☐    ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde, según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que esta planilla (incluyendo los estados, anejos y demás documentos que se acompañan) ha sido examinada por mí y que según mi mejor información y creencia es cierta, correcta y completa. También declaro que he proporcionado más del 50% del sustento a todos los dependientes reclamados. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente _____ Fecha ____ | Firma del Cónyuge _____ Fecha ____

Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio

Dirección _____ | Número de Registro | Número de Identificación Patronal

Código Postal _____ | Especialista por cuenta propia (ennegrezca aquí) ☐ | Firma del Especialista _____ Fecha ____

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ☐ Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.