**Anejo K Individuo**
Rev. 09.06

# INGRESO DE INDUSTRIA O NEGOCIO

**2006**

Año contributivo comenzado el ____ de _____ de ____ y terminado el ____ de _____ de ____

Nombre del contribuyente: ROBERTO LOPEZ MORALES
Número de Seguro Social: 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

## Parte I — Cuestionario — VENTAS

Número de Identificación Patronal:
Número de empleados: 0
Ingreso de Industria o Negocio (ennegrezca uno): ● 1 Contribuyente  ○ 2 Cónyuge
Ennegrezca aquí si ésta es su industria o negocio principal: ○

Fecha de comienzo de operaciones: Día ____ Mes ____ Año ____

Totalmente Tributable ● (01)
Incentivos Contributivos bajo:
- Ley Núm. 26 de 1978 ○ (02)
- Ley Núm. 8 de 1987 ○ (03)
- Ley Núm. 148 de 1988 ○ (04)
- Ley Núm. 78 de 1993 ○ (05)
- Ley Núm. 75 de 1995 ○ (06)
- Ley Núm. 14 de 1996 ○ (07)
- Ley Núm. 135 de 1997 ○ (08)
- Ley Núm. 362 de 1999 ○ (09)
- Ley Núm. 178 de 2000 ○ (10)

Número de Registro de Comerciante:
Localización de la Industria o Negocio - Número, Calle y Pueblo:

Número de Caso o Concesión:

Clave Industrial:    Código:
Naturaleza de la industria o negocio (Ej. hotel, renta de equipo, etc.)
VENTAS AUTOS

## Parte II — Determinación de Ganancia o Pérdida

| # | Descripción | Casilla | Monto |
|---|---|---|---|
| 1. | Ventas netas | (01) | 34050.00 |
| 2. | Costo de ventas o costos directos de producción: | | |
| a) | Inventario inicial | (02) | 00 |
| b) | Más: Compras | (03) | 29985.00 |
| c) | Jornales directos | (04) | 00 |
| d) | Otros costos directos | (05) | 00 |
| e) | Total (Sume líneas 2(a) a la 2(d)) | (06) | 29985.00 |
| f) | Menos: Inventario final | (07) | 00 |
| g) | TOTAL COSTO DE VENTAS (Línea 2(e) menos línea 2(f)) | (08) | 29985.00 |
| 3. | Ingreso bruto (Línea 1 menos línea 2(g)) | (09) | 4065.00 |
| 4. | Menos: Gastos de operación y otros costos (Informe detalle en Parte III) | (10) | 365.00 |
| 5. | Ingreso neto | (11) | 3700.00 |
| 6. | Menos: Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) | (12) | 00 |
| 7. | Ingreso neto ajustado | (13) | 3700.00 |
| 8. | Menos cantidad exenta: ____% de la línea 7 (Véanse instrucciones) | (14) | 00 |
| 9. | Ganancia (o pérdida) (Si es una ganancia determinada bajo disposiciones no contempladas por la Ley 135 de 1997 ó la Ley 362 de 1999, traslade el total a la página 1, Encasillado 2, línea 2M de la planilla. Si es una pérdida, véanse instrucciones) | (15) | 3700.00 |
| 10. | Contribución Especial: Ingreso neto derivado de Proyectos Fílmicos o de Infraestructura ○ 7%; Negocio con decreto de exención bajo la Ley 135 de 1997 ○ 10% ○ 7% ○ 4% ○ 2% ○ Otro ____% (Multiplique la línea 9 por el % correspondiente. Traslade a la página 2, Encasillado 4, línea 27 de la planilla) (Véanse instrucciones) | (20) | 00 |

## Parte III — Gastos de Operación y Otros Costos

| # | Descripción | Casilla | Monto |
|---|---|---|---|
| 1. | Salarios, comisiones y bonificaciones a empleados | (01) | 00 |
| 2. | Comisiones a negocios | (02) | 00 |
| 3. | Gastos de nómina | (03) | 00 |
| 4. | Aportación a planes de pensiones | (04) | 00 |
| 5. | Aportación a planes de ingreso diferido | (05) | 00 |
| 6. | Seguro médico o de hospitalización | (06) | 00 |
| 7. | Intereses sobre deudas del negocio | (07) | 365.00 |
| 8. | Alquiler pagado | (08) | 00 |
| 9. | Contribuciones sobre la propiedad | (09) | 00 |
| 10. | Otras contribuciones, patentes y licencias | (10) | 00 |
| 11. | Reparaciones | (11) | 00 |
| 12. | Gastos de vehículos de motor | (12) | 00 |
| 13. | Servicios públicos (agua, luz, teléfono, etc.) | (13) | 00 |
| 14. | Seguros | (14) | 00 |
| 15. | Anuncios | (15) | 00 |
| 16. | Gastos de viajes | (16) | 00 |
| 17. | Gastos de comida y entretenimiento (Total gastos $_____) (Véanse instrucciones) | (17) | 00 |
| 18. | Servicios profesionales | (18) | 00 |
| 19. | Materiales y efectos | (19) | 00 |
| 20. | Depreciación y amortización (Someta Anejo E) | (20) | 00 |
| 21. | Deudas incobrables | (21) | 00 |
| 22. | Otros gastos (Someta anejo detallado) | (22) | 00 |
| 23. | Total (Traslade a la Parte II, línea 4 de este Anejo) | (30) | 365.00 |

**Anejo M Individuo**
Rev. 09.06

**INGRESO DE PROFESIONES Y COMISIONES**

**2006**

Año contributivo comenzado el ____ de _____ de ____ y terminado el ____ de _____ de ____

Nombre del contribuyente: ROBERTO LOPEZ MORALES — ELECTRICISTA
Número de Seguro Social: 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

## Parte I — Cuestionario
(Deberá llenar un anejo por cada fuente de ingreso) — 67

Número de Identificación Patronal

Ingreso proveniente de (ennegrezca uno):
● 1 Contribuyente   ○ 2 Cónyuge

Ennegrezca uno:
● 3 Profesiones   ○ 4 Comisiones

Ennegrezca aquí si ésta es su industria o negocio principal: ○

Número de Registro de Comerciante

Localización de la Oficina Principal - Número, Calle y Pueblo

Fecha de comienzo de operaciones: Día ___ Mes ___ Año ___

Clave Industrial / Código

Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.): ELECTRICISTA

Número de empleados

## Parte II — Determinación de Ganancia o Pérdida — 75

1. Ingresos ............................................................. (01) 11850
2. Menos: Gastos de operación y otros costos (Informe detalle en Parte III) ...... (10) 3523
3. Ingreso neto ......................................................... (11) 8327
4. Menos: Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) ..... (12)
5. Ganancia (o pérdida) (Si es una ganancia, traslade el total a la página 1, Encasillado 2, línea 2 O de la planilla. Si es una pérdida, véanse instrucciones) .... (20) 8327

## Parte III — Gastos de Operación y Otros Costos — 85

1. Salarios, comisiones y bonificaciones a empleados ............ (01)
2. Comisiones a negocios ........................................... (02)
3. Gastos de nómina ................................................. (03)
4. Aportación a planes de pensiones ................................ (04)
5. Aportación a planes de ingreso diferido .......................... (05)
6. Seguro médico o de hospitalización ............................... (06)
7. Intereses sobre deudas del negocio .............................. (07)
8. Alquiler pagado ................................................... (08)
9. Contribuciones sobre la propiedad ................................ (09)
10. Otras contribuciones, patentes y licencias ...................... (10)
11. Reparaciones .................................................... (11)
12. Gastos de vehículos de motor ................................... (12) 2060
13. Servicios públicos (agua, luz, teléfono, etc.) ................. (13) 1084
14. Seguros ......................................................... (14)
15. Anuncios ........................................................ (15)
16. Gastos de viajes ................................................ (16) 379
17. Gastos de comida y entretenimiento (Total gastos $_____) (Véanse instrucciones) .... (17)
18. Servicios profesionales ......................................... (18)
19. Materiales y efectos ............................................ (19)
20. Depreciación y amortización (Someta Anejo E) ................... (20)
21. Deudas incobrables .............................................. (21)
22. Otros gastos (Someta anejo detallado) ........................... (22)
23. **Total** (Traslade a la Parte II, línea 2 de este Anejo) ...... (30) 3523

Período de Conservación: Diez (10) años         Reproducido por Aim Corporation (aimsite.com)

Rev. 09.06    ROBERTO LOPEZ MORALES 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                                                                                                       Formulario 482 - Página 2

|   | Línea | Descripción | Casilla | Valor |
|---|---|---|---|---|
| **Encasillado 3** | 5. | Ingreso Bruto Ajustado (De la línea 5, página 1) | (01) | 15575 00 |
| | 6. | DEDUCCIÓN FIJA: Si marcó en el Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,100, el bloque 3 anote $2,730, el bloque 4 anote $2,100. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 | (02) | 2100 00 |
| | 7. | Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) | (03) | 00 |
| | 8. | Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) | (04) | 2100 00 |
| | 9. | Total deducciones adicionales (Anejo A Individuo, Parte II, línea 10) | (05) | 00 |
| | 10. | Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) | (06) | 00 |
| | 11. | EXENCION PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 | (07) | 1300 00 |
| | 12. | EXENCION POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones) | | |
| | | A) No universitarios: Categoría (N) .... (10) ___ x$1,600 .... (11) | | 00 |
| | | B) Universitarios: Categoría (U) .... (14) ___ x$1,600 .... (15) | | 00 |
| | | C) Incapacitados, ciegos o de 65 años o más: Categoría (I) .... (18) ___ x$1,600 .... (19) | | 00 |
| | | D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) | (20) | 00 |
| | 13. | Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) | (21) | 3400 00 |
| | 14. | INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) | (30) | 12175 00 |
| | 15. | CONTRIBUCION: (01) ● 1 Según Tabla  ○ 2 Especial sobre ganancias de capital  ○ 3 Extranjero no residente (03) | (02) | 1157 00 |
| | 16. | Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) | (03) | 00 |
| | 17. | Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) | (04) | 00 |
| | 18. | Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 6) | (05) | 00 |
| | 19. | Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) | (06) | 00 |
| | 20. | Contribución especial sobre distribuciones de dividendos y beneficios de sociedades (Anejo F Individuo, Parte II, línea 5B) | (07) | 00 |
| | 21. | Contribución especial sobre distribuciones implícitas de dividendos y beneficios de sociedades (Anejo F Individuo, Parte II, línea 6C) | (08) | 00 |
| | 22. | Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (09) | 00 |
| | 23. | Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F Individuo, Parte VII, línea 2) | (10) | 00 |
| | 24. | Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) | (11) | 00 |
| | 25. | Contribución sobre distribuciones y transferencias de Planes Gubernamentales y Planes de Compensación Diferida (Anejo F Individuo, Parte V, línea 4 y Parte VIII, línea 3) | (12) | 00 |
| | 26. | Contribución sobre distribuciones de IRA bajo la Sección 1169C (Anejo F Individuo, Parte VII, línea 4) | (13) | 00 |
| | 27. | Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 ó Anejo N Individuo, Parte II, línea 8) | (14) | 00 |
| | 28. | Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) | (15) | 00 |
| **Encasillado 4** | 29. | TOTAL CONTRIBUCION DETERMINADA (Sume líneas 15 a la 28) | (16) | 1157 00 |
| | 30. | Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) | (17) | 00 |
| | 31. | Crédito para contribuyentes asalariados (Véanse instrucciones) | (18) | 00 |
| | 32. | Créditos contributivos (Anejo B Individuo, Parte II, línea 23) | (19) | 00 |
| | 33. | RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 29 y 30 menos línea 31 ó 32, la que aplique. Si es menos de cero, anote cero) | (20) | 1157 00 |
| | 34. | CONTRIBUCION RETENIDA O PAGADA: | | |
| | | A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2) .... (21) | | 00 |
| | | B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) .... (22) | | 00 |
| | | C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 21) .... (23) | | 00 |
| | | D) Total Contribución Retenida o Pagada (Sume líneas 34A a la 34C) | (24) | 00 |
| | 35. | TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 34D es menor que la línea 33, anote diferencia aquí, de lo contrario, en línea 39) | (25) | 1157 00 |
| | 36. | Menos: Cantidad pagada con prórroga automática | (26) | 00 |
| | 37. | BALANCE PENDIENTE DE PAGO (Si la línea 35 es mayor que la línea 36, anote la diferencia aquí, de lo contrario, en la línea 39) | (27) | 1157 00 |
| | 38. | Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) | (28) | 00 |
| | 39. | Menos: Exceso de Contribución Retenida o Pagada | (29) | 00 |
| | 40. | Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (30) | 1157 00 |
| | | (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____ ) | (31) | 00 |
| | | (c) Intereses .... (32) | | 00 |
| | | (d) Recargos _____ y Penalidades _____ .... (33) | | 00 |
| | 41. | BALANCE PENDIENTE DE PAGO (Sume líneas 37 y 38 menos líneas 39, 40(a) y 40(b) y anote aquí. Si es menos de cero, anote la diferencia en la línea 42) | (34) | 00 |
| | 42. | CONTRIBUCION PAGADA EN EXCESO (Sume líneas 33 y 38 menos líneas 34D y 36. Indique distribución en la línea A o B) | (35) | 00 |
| | | A) Acreditar a la contribución estimada 2007 | (36) | 00 |
| | | B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) | (40) | 00 |

**Encasillado 5**   AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta

○ Cheques  ○ Ahorros   [ ][ ][ ][ ][ ][ ][ ][ ][ ]   [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| X Robert Lopez | 3/13/07 | | |

| Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio | |
|---|---|---|
| CPA KEYLA N. GONZALEZ PEREZ | RIVERA & GONZALEZ, CPA | |

| Dirección | Número de Registro | Número de Identificación Patronal | |
|---|---|---|---|
| PO BOX 463 AGUADILLA, PR | 1990 | 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 | |
| Código Postal 00605 | Especialista por cuenta propia (ennegrezca aquí) ● | Firma del Especialista | Fecha 13/03/2007 |

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ● Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años                                                                    Reproducido por Aim Corporation (aimsite.com)

Formulario 482 Rev. 09.06

## FORMA LARGA

Liquidador   Revisor

R C R0 V1 V2 P1 P2 N D E A M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006**    ESTADO LIBRE ASOCIADO DE PUERTO RICO    **2006**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
_____ TERMINADO EL ____ de ____ de ____

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ____
  Día  Mes  Año

Número de Seguro Social Contribuyente
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

Fecha de Nacimiento    Sexo
07  06  71    ● M
Día  Mes  Año    ○ F

006289 S8 P5 *************5-DIGIT 00603
LOPEZ MORALES, ROBERTO        K08XT
294 BDA VISBAL
AGUADILLA PR 00603        L E

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Teléfono Residencia
( )   -

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono del Trabajo
( )   -

Código Postal

CAMBIO DE DIRECCION
○ Sí   ● No

Correo Electrónico (E-Mail)

Número de Recibo

### Encasillado 1

SI  NO
A. ●○ ¿Ciudadano de Estados Unidos?
B. ●○ ¿Residente de Puerto Rico al finalizar el año?
C. ○● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○● ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación  ELECTRICISTA   8110   Ocupación cónyuge ____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ● Trabajo Cuenta Propia (Indique la industria o negocio principal) ____

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2007**
● ESPAÑOL  ○ INGLES

### Encasillado 2

Sello de Recibido

1. Sueldos, Comisiones, Concesiones y Propinas

   ○ SUMINISTRE LOS COMPROBANTES DE RETENCION
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

   01  Total de comprobantes con esta planilla ..

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |

|  | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| C. Salarios del Gobierno Federal (Véanse instrucciones) ........... | (01) | 00 | (02) | 00 |

2. Otros Ingresos (o Pérdidas):
   A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ........................... (03)  00
   B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... (04)  00
   C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .............................. (05)  00
   D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) (06)  00
   E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) .......... (07)  00
   F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........... (08)  00
   G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ............... (09)  00
   H) Ingresos misceláneos (Someta Anejo F Individuo) ........................ (10)  00
   I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ....... (11)  00
   J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...... (12)  00
   K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........... (13)  00
   L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ___ ) (14) (15)  00
   M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ......... (16)  3700  00
   N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........... (17)  00
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........ (18)  8327  00
   P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........... (19)  00
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ...... (20)  3548  00
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ...... (21)  00
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ................. (22)  15575  00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ___ ) (23) (Núm. sentencia ___ ) (24) (25)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ...................... (30)  15575  00

Período de Conservación: Diez (10) años    Reproducido por Aim Corporation (aimsite.com)

**Anejo D Individuo**
Rev. 09.06

**GANANCIAS Y PERDIDAS DE ACTIVOS DE CAPITAL**

**2006**

Año contributivo comenzado el ____ de _____ de ____ y terminado el ____ de _____ de ____

| Nombre del contribuyente | Número de Seguro Social |
|---|---|
| ROBERTO LOPEZ MORALES | 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 |

**Parte I — Ganancias y Pérdidas de Activos de Capital a Corto Plazo (Poseidos por no más de 6 meses)** (52)

| Descripción y Localización de la Propiedad | Ennegrezca si Pagó por Adelantado | (A) Fecha de Adquisición | (B) Fecha de Venta | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|
| TERRENO BO CAMASEYES AGUADILLA | ○ | 13/12/2005 | 23/03/2006 | (01) 60000 00 | 56000 00 | 452 00 | 3548 00 |
| | ○ | | | (02) 00 | 00 | 00 | 00 |
| | ○ | | | (03) 00 | 00 | 00 | 00 |

1. Ganancia (o pérdida) neta de capital a corto plazo ............................................. (04) 3548 00
2. Ganancia neta de capital a corto plazo en la venta de su residencia principal y/o negocio propio ............ (05) 00
3. Ganancia neta de capital a corto plazo en fondos de inversiones (Someta Anejo Q1) ............ (06) 00
4. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sucesiones o Fideicomisos ............ (07) 00
5. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sociedades Especiales ............ (08) 00
6. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Corporación de Individuos ............ (09) 00
7. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Corporación Especial Propiedad de Trabajadores ............ (10) 00
8. Ganancia (o pérdida) neta de capital a corto plazo atribuible a la inversión directa y no a través de un Fondo de Capital de Inversión (Someta detalle) ............ (11) 00
9. Pérdida neta de capital no utilizada en años anteriores (Someta anejo) ............ (12) 00
10. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) ............ (13) 00
11. Ganancia (o pérdida) neta de capital a corto plazo (Sume líneas 1 a la 10) ............ (15) 3548 00

**Parte II — Ganancias y Pérdidas de Activos de Capital a Largo Plazo (Poseidos por más de 6 meses)**

| Descripción y Localización de la Propiedad | Ennegrezca si Pagó por Adelantado | (A) Fecha de Adquisición | (B) Fecha de Venta | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|
| | ○ | | | (16) 00 | 00 | 00 | 00 |
| | ○ | | | (17) 00 | 00 | 00 | 00 |
| | ○ | | | (18) 00 | 00 | 00 | 00 |

12. Ganancia (o pérdida) neta de capital a largo plazo ............................................. (19) 00
13. Ganancia neta de capital a largo plazo en la venta de su residencia principal y/o negocio propio ............ (20) 00
14. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sucesiones o Fideicomisos ............ (21) 00
15. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades Especiales ............ (22) 00
16. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación de Individuos ............ (23) 00
17. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación Especial Propiedad de Trabajadores ............ (24) 00
18. Ganancia (o pérdida) neta de capital a largo plazo atribuible a la inversión directa y no a través de un Fondo de Capital de Inversión (Someta detalle) ............ (25) 00
19. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) ............ (26) 00
20. Ganancia (o pérdida) neta de capital a largo plazo (Sume líneas 12 a la 19) ............ (27) 00

**Parte III — Ganancias y Pérdidas de Activos de Capital a Largo Plazo (Poseidos por más de 6 meses) Realizadas bajo Legislación Especial**

| Descripción y Localización de la Propiedad | Ennegrezca si Pagó por Adelantado | (A) Fecha de Adquisición | (B) Fecha de Venta | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|
| | ○ | | | (28) 00 | 00 | 00 | 00 |

21. Ganancia (o pérdida) neta de capital a largo plazo bajo la ley: _____ (Decreto Núm. _____) (29) 00

Período de Conservación: Diez (10) años          Reproducido por Aim Corporation (aimsite.com)

Rev. 09.06   ROBERTO LOPEZ MORALES 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                                                                  Anejo D Individuo - Página 2

**Parte IV — Distribuciones en Suma Global de Planes de Pensiones Cualificados y de Contratos de Anualidad Variable**

| Descripción | Ennegrezca si Pagó por Adelantado | Fecha de Distribución | (A) Total de la Distribución | (B) Base | Porción Tributable |
|---|---|---|---|---|---|
| 22. Tributa al 20% | ○ | | (30) 00 | 00 | (33) 00 |
| 23. Tributa al 12.5% | ○ | | (31) 00 | 00 | (34) 00 |
| 24. Tributa al 5% | ○ | | (32) 00 | 00 | (35) 00 |
| 25. Total de distribuciones en suma global de planes de pensiones cualificados (Total de la Columna C) | | | | (36) | 00 |
| 26. Distribuciones en suma global de contratos de anualidad variable (Véanse instrucciones) | | | | (37) | 00 |
| 27. Total de distribuciones en suma global de planes de pensiones cualificados y de contratos de anualidad variable (Sume líneas 25 y 26) | | | | (38) | 00 |

**Parte V — Ganancias o Pérdidas Netas de Capital y Distribuciones de Planes de Pensiones Cualificados para la Determinación del Ingreso Bruto Ajustado** (53)

| Ganancias o Pérdidas | Columna A Corto Plazo | Columna B Largo Plazo | Columna C Bajo Legislación Especial |
|---|---|---|---|
| 28. Anote las ganancias de las líneas 11, 20 y 21 en la Columna correspondiente | (01) 3548 00 | 00 | 00 |
| 29. Anote las pérdidas de las líneas 11, 20 y 21 en la Columna correspondiente | (02) 00 | (03) 00 | (05) 00 |
| 30. Si alguna de las Columnas B y C refleja pérdida en la línea 29, aplique el total a la ganancia de la otra Columna (Véanse instrucciones) | | | 00 |
| 31. Reste la línea 30 de la línea 28. Si alguna Columna reflejó una pérdida en la línea 29, anote cero aquí | | 00 | 00 |
| 32. Aplique la pérdida de la línea 29, Columna A en proporción a las ganancias de las Columnas B y C (Véanse instrucciones) | | 00 | 00 |
| 33. Reste la línea 32 de la línea 31 | | (04) 00 | (06) 00 |
| 34. Sume el total de las Columnas B y C, línea 33. No obstante, si en la línea 28 no se reflejó ninguna ganancia en las Columnas B y C, deberá entonces anotar el total de la línea 29, Columnas A a la C | | | (07) 00 |
| 35. Ganancia (o pérdida) neta de capital (Sume línea 28, Columna A y línea 34) | | | (08) 3548 00 |
| 36. Si la línea 35 es mayor de cero, anote aquí y en el Encasillado 2, línea 2 Q de la planilla, la suma de las líneas 27 y 35. Si la línea 35 incluye ganancias de capital a largo plazo, véanse instrucciones | | | (09) 3548 00 |
| 37. Si la línea 35 es una pérdida neta, anote aquí y en el Encasillado 2, línea 2 Q de la planilla, la línea 27 más la menor de las siguientes cantidades: a) La pérdida neta indicada en la línea 35, ó b) (1,000) | | | (10) 00 |