Modelo SC 2914
Rev. 19 jul 06

**SOLICITUD DE CERTIFICADO DE REGISTRO DE COMERCIANTE Y CERTIFICADO DE EXENCION**

Número de Serie:

☐ ENMENDADA

Número de Registro Asignado

## PARTE I - INFORMACION SOBRE EL COMERCIANTE

**1. Indique la razón por la cual rinde esta solicitud:** ☒ Registro inicial ☐ Negocio nuevo ☐ Cambio de dirección ☐ Nueva actividad ☐ Nueva localidad ☐ Cese operaciones ☐ Otro _____

**2. Nombre legal de la corporación, sociedad, individuo dueño (nombre, inicial, apellidos) u otro**
Roberto López Morales

**3. Número de seguro social:** 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

**4. Número de identificación patronal:**

Sello de Recibido

**5. Dirección postal:**
Bda. Visbal 294
Aguadilla PR 00603
Municipio, Estado — Código Postal

**6. Dirección física:**
Municipio, Estado — Código Postal

**7. Teléfono:** (787) 882-6307

**8. Fax:** ( )

**9. Dirección electrónica (E-mail):** —

**10. Página de Internet:** —

**11. Tipo de organización:** ☒ Individuo ☐ Sucesión o Fideicomiso ☐ Corporación ☐ Sociedad ☐ Sociedad de Responsabilidad Limitada ☐ Compañía de Responsabilidad Limitada ☐ Corporación Especial Propiedad de Trabajadores ☐ Organización Sin Fines de Lucro ☐ Cooperativa ☐ Otro _____

**12. Fecha de incorporación o creación:** Día 01 Mes 11 Año 06

**13. Fecha de cierre de su período de contabilidad:** Día 31 Mes 12

**14. Volumen de negocio agregado al final del año natural inmediatamente anterior a la solicitud:** $40,000.00

**15. Naturaleza del negocio principal (Descripción de la actividad):** Venta Autos Usados

**15a. Sistema de clasificación de la industria norteamericana (NAICS):** 441000

## PARTE II - PERSONA(S) CON INTERES EN EL NEGOCIO

**16. Indique la información solicitada para cada uno de los dueños, socios, accionistas o cualquier otra persona que posea 50% o más de interés en el negocio:**

| Nombre | Título | Número de seguro social o identificación patronal | Por ciento de participación |
|---|---|---|---|
| Roberto López | Dueño | 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 | 100% |

**Dirección residencial:** Calle Progreso 150 Int
Aguadilla PR 00603
Municipio — Estado — Código Postal

**Teléfono:** (787) 882-6307

Si su negocio provee servicios, ¿posee usted 50% o más de interés en otro negocio? ☐ Sí ☐ No. Si contestó "Sí", indique la siguiente información del otro negocio
Nombre _____ Número de identificación patronal _____

| Nombre | Título | Número de seguro social o identificación patronal | Por ciento de participación |
|---|---|---|---|
| | | | |

**Dirección residencial:** COPY
Municipio — Estado — Código Postal

**Teléfono:** ( )

Si su negocio provee servicios, ¿posee usted 50% o más de interés en otro negocio? ☐ Sí ☐ No. Si contestó "Sí", indique la siguiente información del otro negocio
Nombre _____ Número de identificación patronal _____

Conservación: Seis (6) años.

Modelo SC 2914    Rev. 19 jul 06                                                                                                                   Página

**17. Indique la información solicitada para cada una de las localidades que opera el negocio (acompañe Anejo SC 2914 si es necesario):**

**PARTE III - LOCALIDADES**

Tipo de certificado de registro solicitado: ☐ Comerciante  ☐ Exhibidor (De ___ Hasta ___)  ☒ Negocio ambulante
☐ Negocio temporero (De ___ Hasta ___)

| Nombre comercial o "DBA": Venta Autos - Roberto López | ¿Realizará venta de propiedad mueble tangible? ☒ Sí  ☐ No |
|---|---|

| Dirección física: Ambulante | Municipio: Aguadilla | Estado | Código Postal | Teléfono: (787) 882-6307 |
|---|---|---|---|---|

| Descripción de la actividad: Venta Autos Usados | Clasificación de la industria norteamericana (NAICS): 441000 | Volumen de negocio al final del año natural inmediatamente anterior a la solicitud: $30,000.00 | Fecha de comienzo de operaciones (Día/Mes/Año): 11/1/06 |
|---|---|---|---|

Tipo de certificado de registro solicitado: ☐ Comerciante  ☐ Exhibidor (De ___ Hasta ___)  ☒ Negocio ambulante
☐ Negocio temporero (De ___ Hasta ___)

| Nombre comercial o "DBA": Electricista Roberto López | ¿Realizará venta de propiedad mueble tangible? ☐ Sí  ☒ No |
|---|---|

| Dirección física: Ambulante | Municipio | Estado | Código Postal | Teléfono: (787) 882-6307 |
|---|---|---|---|---|

| Descripción de la actividad: Servicios Electricista | Clasificación de la industria norteamericana (NAICS): 235310 | Volumen de negocio al final del año natural inmediatamente anterior a la solicitud: $10,000.00 | Fecha de comienzo de operaciones (Día/Mes/Año): 11/1/06 |
|---|---|---|---|

**PARTE IV - IMPUESTO SOBRE VENTAS Y USO**

18. Indique si lleva a cabo ventas fuera de Puerto Rico: ☐ Sí  ☒ No (Si contestó "Sí", indique porcentaje de las ventas totales ___)

19. Indique si solicita un certificado de exención: ☒ Sí  ☐ No   20. Indique la cantidad de duplicados del certificado de exención que necesita: 1

21. Si contestó "Sí" en la línea 19, indique la razón por la cual solicita un certificado de exención y complete la línea 22: ☐ Planta manufacturera  ☒ Revendedor

22. Si es una Planta Manufacturera, provea el número de identificación de manufacturero. Si es un Revendedor, describa la propiedad mueble tangible que comprará para la reventa en el curso ordinario del negocio (acompañe anejo si es necesario):

Reventa de autos usados.

**JURAMENTO**

Declaro bajo penalidad de perjurio que esta solicitud ha sido examinada por mí, y que según mi mejor información y creencia, toda la información provista en la misma es cierta, correcta y completa. Me comprometo además, a notificar al Secretario de Hacienda sobre cualquier cambio en la información provista en esta solicitud, dentro de los 30 días luego del cambio o evento. La declaración de la persona que prepara esta solicitud (excepto el comerciante) es con respecto a la información disponible y dicha información ha sido verificada.

| Nombre del comerciante: Roberto López Morales | Firma del comerciante: X Roberto López |
|---|---|
| Título: Dueño | Fecha: 3/13/2007 |
| Nombre del representante autorizado | Firma del representante autorizado | Fecha |
| Número de Seguro Social o Identificación Patronal | Dirección | Teléfono ( ) |

**PARA SER COMPLETADO POR EL DEPARTAMENTO DE HACIENDA**

Después de evaluar esta solicitud, certifico que la misma está completa en todas sus partes y se presume cierta la información suministrada. No obstante, el Departamento de Hacienda se reserva el derecho de realizar cualquier investigación posterior para verificar la información presentada.

| Nombre del empleado | Firma del empleado | Fecha |
|---|---|---|
| Clasificación del empleado | Sección de trabajo | |

Conservación: Seis (6) años.

**Modelo SC 2915**
Rev. 18 ene 07

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA MENSUAL DE IMPUESTO SOBRE VENTAS Y USO**

NOMBRE DEL COMERCIANTE O VENDEDOR AL DETAL: Roberto López Morales
NUMERO DE REGISTRO DE COMERCIANTE: Ni se ha recibido
PERIODO (MES/AÑO): 01/2007
NUMERO DE SEGURO SOCIAL O IDENTIFICACION PATRONAL: 582255460
Municipio donde está ubicado su negocio: 005

| Línea | Concepto | Valor |
|---|---|---|
| 1 | VENTAS TOTALES | 9050.00 |
| 2 | VENTAS EXENTAS | 9050.00 |
| 3 | DEDUCCION POR DEVOLUCIONES | 0.00 |
| 4 | COMPRAS SUJETAS AL IMPUESTO SOBRE USO | 0.00 |
| 5 | CANTIDAD SUJETA AL IMPUESTO | 0.00 |
| 6 | IMPUESTO SOBRE VENTAS Y USO (5.5% / 7%) | 0.00 |
| 7 | DEPOSITOS EFECTUADOS DURANTE EL PERIODO | 0.00 |
| 8 | AJUSTES | 0.00 |
| 9 | BALANCE DEL IMPUESTO SOBRE VENTAS Y USO A PAGAR | 0.00 |
| 10 | INTERESES | 0.00 |
| 11 | RECARGOS | 0.00 |
| 12 | PENALIDADES | 0.00 |
| 13 | TOTAL A PAGAR CON PLANILLA | 0.00 |

Periodo de Conservación: Diez (10) años.

---

**Modelo SC 2915**
Rev. 18 ene 07

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA MENSUAL DE IMPUESTO SOBRE VENTAS Y USO**

NOMBRE DEL COMERCIANTE O VENDEDOR AL DETAL: Roberto López Morales
NUMERO DE REGISTRO DE COMERCIANTE: No se ha recibido
PERIODO (MES/AÑO): 02/2007
NUMERO DE SEGURO SOCIAL O IDENTIFICACION PATRONAL: 582255460
Municipio donde está ubicado su negocio: 005

| Línea | Concepto | Valor |
|---|---|---|
| 1 | VENTAS TOTALES | 3400.00 |
| 2 | VENTAS EXENTAS | 3400.00 |
| 3 | DEDUCCION POR DEVOLUCIONES | 0.00 |
| 4 | COMPRAS SUJETAS AL IMPUESTO SOBRE USO | 0.00 |
| 5 | CANTIDAD SUJETA AL IMPUESTO | 0.00 |
| 6 | IMPUESTO SOBRE VENTAS Y USO (5.5% / 7%) | 0.00 |
| 7 | DEPOSITOS EFECTUADOS DURANTE EL PERIODO | 0.00 |
| 8 | AJUSTES | 0.00 |
| 9 | BALANCE DEL IMPUESTO SOBRE VENTAS Y USO A PAGAR | 0.00 |
| 10 | INTERESES | 0.00 |
| 11 | RECARGOS | 0.00 |
| 12 | PENALIDADES | 0.00 |
| 13 | TOTAL A PAGAR CON PLANILLA | 0.00 |

Periodo de Conservación: Diez (10) años.

**Modelo SC 2915** - Página 2
Rev.18 ene 07

**AUTORIZACION PARA DEBITO AUTOMATICO**

Tipo de cuenta:
○ Comercial
○ Individuo Cheques
○ Individuo Ahorros

Número de ruta / tránsito

Número de la cuenta

Autorizo al Secretario de Hacienda a debitar la cuenta arriba indicada por la cantidad reflejada en la línea 13 de esta planilla, correspondiente al impuesto sobre ventas y uso determinado en la misma. Me comprometo, además, a pagar cualquier cargo que resulte de la insuficiencia de fondos en dicha cuenta.

NOMBRE (LETRA DE MOLDE)

FIRMA

TITULO

Día  Mes  Año

Declaro bajo juramento que esta planilla ha sido examinada por mí, y que según mi mejor conocimiento y creencia, es cierta, correcta y completa.

Roberto Lopez
Nombre

Dueño
Título

Firma

13 03 2007
Día Mes Año

Keyla González
Nombre del Especialista

Firma del Especialista

19990
Número de Registro

SELLO DE RECIBIDO Y/O PAGO

Período de Conservación: Diez (10) años.

---

**Modelo SC 2915** - Página 2
Rev.18 ene 07

**AUTORIZACION PARA DEBITO AUTOMATICO**

Tipo de cuenta:
○ Comercial
○ Individuo Cheques
○ Individuo Ahorros

Número de ruta / tránsito

Número de la cuenta

Autorizo al Secretario de Hacienda a debitar la cuenta arriba indicada por la cantidad reflejada en la línea 13 de esta planilla, correspondiente al impuesto sobre ventas y uso determinado en la misma. Me comprometo, además, a pagar cualquier cargo que resulte de la insuficiencia de fondos en dicha cuenta.

NOMBRE (LETRA DE MOLDE)

FIRMA

TITULO

Día  Mes  Año

Declaro bajo juramento que esta planilla ha sido examinada por mí, y que según mi mejor conocimiento y creencia, es cierta, correcta y completa.

Roberto Lopez
Nombre

Dueño
Título

Firma

13 03 2007
Día Mes Año

Keyla González
Nombre del Especialista

Firma del Especialista

19990
Número de Registro

SELLO DE RECIBIDO Y/O PAGO

Período de Conservación: Diez (10) años.