```
Hacienda
Centro Gubernamental
Calle Munoz Rivera
TERMINAL# 02009         RECIBO#  06689
CAJERO#   10109    COLECTURIA#   0001
15/03/2007                      01:44 PM


CIF DEP: 0001    NUM. DEP.: 2007258
SSN/EIN: 582255450
NOMBRE: LOPEZ MORALES ROBERTO


ID TRANS DE PRITAS: 0707400100027
CLAVE: 233   AÑO: 2006   CC: 1
DESC: PLANILLA INDIVID
QTY: 1 @ $     1157.00 $     1157.00


            TOTAL:  $         1157.00

INSTRUMENTOS DE PAGOS:
------------------------
Cheque Cer                      1157.00

FOTOCOPIAR: PIERDE LEGIBILIDAD
```