# Certificate of Achievement

This certifies that

## Roberto Lopez Morales

has satisfactorily completed

## Keys to Loving Family Relationships

Consisting of __48__ Hours of Training

This certificate is hereby issued this __14th__ day of __August__, 2004

_Maryanne Agricola, Teacher_

_Dennis J. Flatt, Acting Supervisor of Education_