Exhibit 2

**CAREER PLANNING**

*Certificate of Completion*

Presented to

ROBERTO LOPEZ

Consisting of 20 Hours of Training

This certificate is hereby issued this 31st day of July, 2002

_____
Education Supervisor

_____
Release Preparation Coordinator