

# CERTIFICATE OF MERIT

This hereby states that

**ROBERTO LOPEZ**

has successfully completed the art course "CAD-MAN" on May 4, 2000 given at MDC's Recreation Department Guaynabo, Puerto Rico

David Ortiz
Supervisor of Education

Ruth Rosado Febus
Arts & Craft Instructor

Juan J. Gutiérrez
Recreation Specialist

Víctor Colón
Recreation Specialist