

# RECOGNITION AWARD

PRESENTED TO

*ROBERTO LOPEZ-MORALES*

FOR SUCCESSFUL COMPLETION OF
REINTERGRATING INTO THE FAMILY.



DATE: 3/24/07