# Certificado De Bautismo

Por Su Confesión de Fe en Jesucristo

*Robert López*

Fue bautizado en el Nombre del Padre, Hijo y Espíritu Santo en MDC Guaynabo, Unidad 2-C

_____
Capellán Reyes y Soto

18 de julio de 2001