*Exhibit 6*

PSYCHOLOGY SERVICES

# Certificate of Recognition

We hereby present

## LOPEZ-MORALES, ROBERTO

with this certificate acknowledging your
achievement and contribution

## as a participant of the
## "LIFE WITHOUT A CRUTCH"

Awarded on this ___19th___ day of ___NOVEMBER___ 19___2000___

*M. L. Rubert, Ph. D*

Marcel Ramos, CM & Dr. Mary Lou Rubert DAP Coordinator



AC 302