# Certificate of Achievement
### Psychology Services

In honor of your outstanding excellence
we hereby present

## ROBERTO LOPEZ MORALES

with this certificate of achievement

**40 HOURS**
**DRUG ABUSE EDUCATION COURSE**

On this 14th day of DECEMBER 2000



JUAN A. QUINTERO- M.A. GUIDANCE & COUNSELING
DRUG ABUSE TREATMENT SPECIALIST

