

Certificate of Achievement

awarded to: Lopez-Mendes, Roberto
19034-069

For Successfully Completing
FCI McKean's Residential Drug Abuse Program

On this date 09-01-2004

Scott Eckert
Drug Treatment Specialist

Suzanne M. House, Ph.D.
DAP Coordinator