**Estado Libre Asociado de Puerto Rico**
**Departamento de Educación**

Exhibit 9

*Unidad de Exámenes, Diplomas y Certificaciones*
*Región Educativa de Mayagüez*

INFORME DE RESULTADOS DE PRE-PRUEBA OFICIAL GED (VERSIÓN ESPAÑOL)

NOMBRE DEL EXAMINADO: Roberto López Morales
SEGURO SOCIAL: 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
FECHA DE EXAMEN: 11 de septiembre de 2007
FECHA: 16 de octubre de 2007    FORMA: PA-PL

| MATERIAS | PUNTUACIÓN | | |
|---|---|---|---|
| REDACCIÓN | 440 | ENSAYO | 2 |
| ESTUDIOS SOCIALES | 440 | | |
| CIENCIAS | 410 | | |
| LENGUAJE, LECTURA | 410 | | |
| MATEMÁTICAS | 440 | | |
| INGLÉS | 550 | | |
| *TOTAL* | *2,690* | | |

*APROBÓ*

REQUISITOS PARA LA APROBACIÓN DE LA PRE-PRUEBA:

- OBTENER UN PUNTAJE TOTAL DE 2700 PUNTOS EN LA SUMA DE LAS SEIS (6) PARTES Y NINGUNA MATERIA CON MENOS DE 410 PUNTOS.
- BASADO EN ESTOS RESULTADOS USTED CUMPLE CON TODOS LOS REQUISITOS PARA SOLICITAR EL EXAMEN G.E.D ESPAÑOL (EQUIVALENCIA DE CUARTO AÑO).

Noel Rodríguez Quiñones
Director
Unidad de Exámenes, Diplomas y Certificaciones

**CUALQUIER ALTERACIÓN O TACHADURA INVALIDARÁ ESTE DOCUMENTO.**