*La Rosa Auto Import*
*Aguada, Puerto Rico*

---

23 de enero de 2008

Corte Federal en Puerto Rico
Hato Rey, Puerto Rico

Señores:

    Por medio de la presente hago constar que conocemos al Sr. Roberto López Morales por alrededor de 10 años. El Sr. López y nuestra empresa han hecho negocio de compra y venta de vehículos los último 3 años.

    Si necesita mayor información puede comunicarse a con nosotros a nuestros teléfonos.

Atentamente,

_____
Javier Celso

787-202-3790