Exhibit 1

85531
0



A TODA HORA

||| ||..||..||..||..||..||.||.|.||.|.|..|||.|.|.|..|.|..||.|.|
ROBERTO LOPEZ MORALES
294 BDA VISBAL
AGUADILLA PR  00603-4819

578-121296

Este estado cubre sus transacciones después del 20 de mayo de 2008 hasta el 20 de junio de 2008.       Página 1

# AHORROS

**INFORMACIÓN DE BALANCE**

| Balance inicial | + Créditos | + Intereses | - Débitos | - Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 83,284.91 | 0.00 | 87.82 | 17,495.19 | 0.00 | 65,877.54 | 65,877.54 |

| Balance promedio diario | Número de días en el ciclo | Tasa periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 76,805.13 | 31 | 0.0036885% | 01.360% |

**CRÉDITOS REGULARES Y ELECTRÓNICOS**

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 06-20 | Intereses acreditados | 87.82 | | | |

**DÉBITOS REGULARES Y ELECTRÓNICOS**

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 06-04 | Pago 05-04 XXXXXXXXXXXXX1344 Texaco 563 Rancho Hatillo PR | 40.00 | 06-05 | Pago 06-04 XXXXXXXXXXXXX1344 Bostonian Hato Rey PR | 85.59 |
| 06-04 | Pago 05-04 XXXXXXXXXXXXX1344 Texaco Carrizales Hatillo PR | 10.00 | 06-05 | Pago 06-04 XXXXXXXXXXXXX1344 Jcpenney Store 2S 798San Ju PR | 59.60 |
| 06-05 | Retiro Sucursal Aguadilla Sur | 6,000.00 | 06-12 | Pago 06-12 XXXXXXXXXXXXX1344 Popular Auto Lote Bayamón PR | 11,300.00 |

**HISTORIAL DE BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|---|---|
| 05-20 | 83,284.91 | 06-05 | 77,089.72 | 06-20 | 65,877.54 | | |
| 06-04 | 83,234.91 | 06-12 | 65,789.72 | | | | |

**AVISO IMPORTANTE**

Aviso: Véase información importante al final de este estado. Su próximo estado de cuenta será el 21 de julio de 2008.

**BANCO POPULAR®**

84552
0

# AHORRO
## A TODA HORA

RECEIVED

578-121296

ROBERTO LOPEZ MORALES
294 BDA VISBAL
AGUADILLA PR   00603-4819

Este estado cubre sus transacciones después del 20 de junio de 2008 hasta el 21 de julio de 2008. | Página 1

# AHORROS

## INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | + Intereses | – Débitos | – Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 65,877.54 | 0.00 | 72.53 | 59.99 | 0.00 | 65,890.08 | 65,890.08 |

| Balance promedio diario | Número de días en el ciclo | Tasa periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 65,867.86 | 31 | 0.0035519% | 01.310% |

## CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 07-21 | Intereses acreditados | 72.53 | | | |

## DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 07-17 | Pago          07-17 XXXXXXXXXXXXX1344 | | | | |
| | Aguadilla Service Aguadilla PR | 59.99 | | | |

## HISTORIAL DE BALANCE DIARIO

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|---|---|
| 06-20 | 55,877.54 | 07-17 | 65,817.55 | 07-21 | 65,890.08 | | |

## AVISO IMPORTANTE

A PARTIR DEL 20 DE SEPTIEMBRE DE 2008 CUMPLIENDO CON LOS CAMBIOS A LA DISPONIBILIDAD DE FONDOS DEPOSITADOS EN CUENTAS REG CC LOS CHEQUES DE BANCOS PERTENECIENTES AL DISTRITO DE BOSTON SE PROCESARAN COMO CHEQUES LOCALES.

Aviso: Véase información importante al final de este estado. Su próximo estado de cuenta será el 31 de agosto de 2008.

**BANCO POPULAR**®

3840         DATAMON        TR  2190201700.

```
*************************** OPERATOR INSTRUCTIONS ***************************
ENTER-DISPLAY ACCT PF2-NEXT PAGE PF4-PAGE 1   PF8-PREV CYCLE PF10-DISP TRANS
CLEAR-EXIT TO MENU PF3-PREV PAGE PF5-LAST PAGE PF9-NEXT CYCLE
```

Int— 87.82   65,877.5,

Date: 07/07/08 Time: 1:38:19 PM

Page: 1 Document Name: untitled

IDAM008                    BANCO POPULAR                          DATE 07/07/08
AHORRO A TODA HORA       SAVINGS   HISTORY AS OF 06/20/08         TIME 13:36:06
                                                                  PAGE       01

                                                       12  05/20/00      83,284.01
TRAN        TRACE
DATE      NUMBER   Y   TRANSACTION DESCRIPTION          TRAN AMOUNT    BALANCE

          0057         HATILLO     PR   215020170081344
          0057         HATILLO     PR   215020170081344
060508   178000020 RETIRO                                  6,000.00-    77,234.91
                     AGUADILLA SUR
060508  03141093422 BOSTONIAN              060408             85.59-    77,149.32
          9352         HATO REY   PR  215020170081344
060508  00000000000 JCPENNEY STORE 2SAN JUA 060408           59.60-    77,089.72
          000054003/98  /98SAN JUA PR  215020170081344
061000  02142272424 POPULAR AUTO IOTE BAYAM 061208        11,300.00-    65,789.72
          3840         BAYAMON    PR  215020170081344

                        OPERATOR INSTRUCTIONS
CLEAR-EXIT TO MENU PF3-PREV PAGE PF5-LAST PAGE PF9-NEXT CYCLE

Int — 87.82    65,877.55

Date: 07/07/08 Time: 1:38:19 PM